IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RANDY L. CATES                                                                  PLAINTIFF

       v.                     CIVIL NO. 3:13-cv-03015-JRM

CAROLYN W. COLVIN, Commissioner of
Social Security Administration[1]                                      DEFENDANT

## O R D E R

On January 23, 2013, Plaintiff, Randy L. Cates, brought this action pursuant to 42 U.S.C. § 405(g), seeking judicial review of a decision of the Commissioner of the Social Security Administration ("Commissioner"). ECF No. 1. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff moves to dismiss his case without prejudice. ECF. No. 11. The undersigned finds good reason to grant Plaintiff's motion. Thus, Plaintiff's case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of July 2013.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.