IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RANDY L. CATES                                                                                    PLAINTIFF

      v.                              CIVIL No. 3:13-cv-03015-JRM

CAROLYN W. COLVIN, Commissioner
Social Security Administration                                                          DEFENDANT

## JUDGMENT

For reasons stated in an order of this date, the undersigned dismisses Plaintiff's case without prejudice.

IT IS SO ORDERED this 24th day of July 2013.

*/s/ J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
CHIEF UNITED STATES MAGISTRATE JUDGE